UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Catherine Mayer

        Plaintiff,

 -against-               17 **CIVIL** 5613 (DLC)

## JUDGMENT

Time, Inc.,

        Defendants.
------------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 9, 2018, defendant's motion to dismiss on the ground of forum non coveniens is granted, on the condition that Time, Inc. will consent to service of process in the U.K. and submit to the jurisdiction of a U.K. tribunal, provided that the plaintiff files an action in the U.K. within 90 days of the entry of the Court's Opinion and Order dated April 9, 2018; accordingly, the case is closed.

**Dated:**   New York, New York
    April 10, 2018

                    **RUBY J. KRAJICK**

                     **Clerk of Court**
             **BY:**

                     **Deputy Clerk**